**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**MAY 1 1 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABD AL-HADI MAHMOUD FARAJ,    )
    )
    Petitioner,    )
    )
    v.    )    Civil Action No. 05-1490 (PLF)
    )
BARACK OBAMA, *et al.*,    )
    )
    Respondents.    )
    )
    )

## ORDER

The Court, having considered the joint submission of the parties, and finding good cause shown, hereby Orders that the May 13, 2009 filing deadline for the parties' cross motions for judgment on the record be suspended until further guidance from the Court during the May 13, 2009 status conference.

_____
UNITED STATES DISTRICT JUDGE